

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00906-CR

Luis **FRANCO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CR-3379
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment and bill of costs are REFORMED to delete Appellant Luis Franco's requirement to pay attorney's fees, and the trial court's judgment is AFFIRMED AS REFORMED.

SIGNED June 10, 2015.

_____
Patricia O. Alvarez, Justice